# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN TALAMANTES, | ) CASE NO. CV04-6792 GAF (Ex) |
| | ) *[Assigned to Hon. Gary A. Feess,* |
| Plaintiff, | ) *Courtroom 740]* |
| v. | ) |
| | ) **JUDGMENT** |
| CAPT. RAY LEYVA, LT. AGUILAR, | ) |
| LEE BACA, DOYLE R. CAMPBELL, | ) **DATE:** October 25, 2010 |
| LOS ANGELES COUNTY SHERIFF'S | ) **TIME:** 9:30 A.M. |
| DEPARTMENT, COUNTY OF LOS | ) **PLACE:** Courtroom 740 |
| ANGELES, JOHN L. SCOTT, DENNIS | ) |
| A. CONTE, JOHN VANDER HORCK, | ) |
| DENNIS H. BURNS, KENNETH J. | ) |
| BRAZILE, LEE C. McCOWN, DR. | ) |
| JOHN H. CLARK, DEPUTY JOHN | ) |
| DOE, DEPUTY RICHARD ROE, SGT. | ) |
| MANNY MOE, UNKNOWN | ) **Complaint Filed: August 16, 2004** |
| FACILITY MANAGER, and TEN | ) |
| UNKNOWN NAMED DEFENDANTS, | ) **Trial Date:   November 9, 2010** |
| inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

SMW\L:\15485\(PROPOSED) JUDGMENT.DOC

1

**JUDGMENT**

**Collins Collins**
**Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax    (626) 243-1111

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

The Motion for Summary Judgment of Defendants COUNTY OF LOS ANGELES [erroneously sued as LOS ANGELES COUNTY SHERIFF'S DEPARTMENT], GILBERT AGUILAR, LEROY D. BACA, DENNIS H. BURNS, R. DOYLE CAMPBELL, KENNETH J. BRAZILE, DENNIS A. CONTE, RAY LEYVA, JOHN L. SCOTT, JOHN CLARK, and JOHN VANDER HORCK (hereinafter "COUNTY DEFENDANTS"), came on regularly for hearing on October 25, 2010, before the Honorable Gary A. Feess, Judge Presiding.

On September 23, 2010, per stipulation of the parties, the Court dismissed Defendant GILBERT AGUILAR from the case.

Because PLAINTIFF RUBEN TALAMANTES (hereinafter "PLAINTIFF") stated his non-opposition to the Motion for Summary Judgment of Defendants LEROY D. BACA, DENNIS H. BURNS, R. DOYLE CAMPBELL, KENNETH J. BRAZILE, DENNIS A. CONTE, RAY LEYVA, JOHN L. SCOTT, JOHN CLARK, and JOHN VANDER HORCK, the Court granted summary judgment as to those defendants on October 20, 2010.

At the October 25, 2010 hearing, counsel for PLAINTIFF and COUNTY DEFENDANTS informed the Court that defendant LEE C. MCCOWN had never been served and should no longer be a defendant in this action. The Court accordingly dismissed the claims against LEE C. MCCOWN at the October 25, 2010 hearing.

At the October 25, 2010 hearing, therefore, the only remaining defendant was RAY LEYVA. After considering the moving, opposing, and reply papers, arguments of counsel, and all other matters presented to and accepted by the Court, the Court ruled to grant the Motion for Summary Judgment as to Defendant RAY LEYVA.

///

///

*SM\WL:\15485\(PROPOSED) JUDGMENT.DOC*

2

**JUDGMENT**

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff RUBEN TALAMANTES take nothing by this action, and that the action be dismissed on the merits, and that COUNTY DEFENDANTS be awarded their costs.

DATED: November 11, 2010

_____
Honorable Gary A. Feess
UNITED STATES DISTRICT JUDGE

*SMW\L:\15485\(PROPOSED) JUDGMENT.DOC*

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

3

**JUDGMENT**